(No. 6874—Claimant )

HOWARD WORTHINGTON, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed October 15, 1973.*

HOWARD WORTHINGTON, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-66—Claimant )

THE JEWISH CHILDREN'S BUREAU OF CHICAGO, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed October 18, 1973.*

AARON, AARON, SCHIMBERG & HESS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.